# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

——————————————————

No. 1D20-3127

——————————————————

RICHARD L. VANSANDT, JR.,

    Appellant,

v.

CITY OF JACKSONVILLE,

    Appellee.

——————————————————

On appeal from the Circuit Court for Duval County.
Bruce Anderson, Judge.

September 28, 2021

PER CURIAM.

    AFFIRMED.

RAY, JAY, and TANENBAUM, JJ., concur.

——————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

——————————————————

John Merrett, Jacksonville, for Appellant.

Jason Gabriel, General Counsel, City of Jacksonville, and Cherry Shaw Pollock, Assistant General Counsel, Jacksonville, for Appellee.